# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN M. ROOHIPOUR, M.D., INC., a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA, dba ANTHEM BLUE CROSS, a California corporation; and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No. CV 20-6496-GW-ASx<br><br>(Los Angeles Superior Court Case No. 20TRCV00328)<br><br>**ORDER TO REMAND**<br><br>**[FILED CONCURRENTLY WITH STIPULATION TO REMAND THIS ACTION BACK TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Complaint Filed: April 17, 2020<br>Removal Date: July 22, 2020<br>Response Due: August 28, 2020 |

Plaintiff RAMIN M. ROOHIPOUR, M.D., INC., a California corporation, ("Plaintiff") and Defendant Blue Cross of California dba Anthem Blue Cross ("Anthem"), by and through their respective counsel of record, filed a Stipulation to Remand this Action back to state court for lack of subject matter jurisdiction.

The Court having considered the Stipulation, documents on file and all other matters presented, rules:

1

**[PROPOSED] ORDER TO REMAND**

1.  Pursuant to the Parties' Joint Stipulation and 28 U.S.C. § 1447(c), this Action is hereby REMANDED to the state court from which it was removed, the Superior Court of the State of California, County of Los Angeles (Case No. 20TRCV00328).

2.  The August 20, 2020 deadline to file a Joint 26(f) Status Report, and the September 3, 2020 Scheduling Conference, are hereby vacated.

**IT IS SO ORDERED.**

Dated: August 17, 2020

_____
Hon. George H. Wu
United States District Judge